**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PETER RAFFERTY,

        Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

        Respondent

:  No. 190 WAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal, the Motion for the 10-Day Notice to Intervener, Motion for Dismissal of the Intervener, and the Motion for the Entry of Default Judgment are **DENIED**.